**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**


**SUNQUEST PROPERTIES, INC. and**
**COMPASS POINTE APARTMENTS PARTNERSHIP**  **PLAINTIFFS**

**V.**                                       **CIVIL ACTION NO.1:08CV692 LTS-RHW**

**NATIONWIDE PROPERTY AND CASUALTY COMPANY, ET AL.**   **DEFENDANTS**


### ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [111] of Nationwide Property and Casualty Company to strike the plaintiffs' designation of Lewis O'Leary as their representative in the appraisal process is hereby **DENIED**;

Plaintiffs' [158] Motion to File Affidavit of Lewis O'Leary is **GRANTED** (there is no need to re-file same, as it is already part of the record).

**SO ORDERED** this 11th day of December, 2009.

                                              s/ L. T. Senter, Jr.
                                              L. T. SENTER, JR.
                                              SENIOR JUDGE