IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SUNQUEST PROPERTIES, INC. and
COMPASS POINTE APARTMENTS
PARTNERSHIP                                                                                           PLAINTIFFS

v.                                                                       Civil Action No. 1:08-CV-692-LTS-RHW

NATIONWIDE PROPERTY AND
CASUALTY INSURANCE COMPANY
and JOHN DOES 1-5,                                                                                   DEFENDANTS

**NATIONWIDE PROPERTY AND CASUALTY INSURANCE COMPANY'S
RESPONSE TO PLAINTIFFS' MOTION TO WITHDRAW APPRAISAL**

Defendant Nationwide Property & Casualty Insurance Company ("Nationwide") responds to Plaintiffs' Motion to Withdraw Appraisal as follows:

1. On March 29, 2010, Plaintiffs moved this Court to withdraw its June 22, 2009 Motion for Appraisal of the Entire Loss and to vacate the Court's August 10, 2009 Order requiring the parties to submit to an appraisal. (*See* Mar. 29, 2010 Pls.' Mot. to Withdraw Appraisal [Dkt. 226]).

2. Nationwide does not oppose Plaintiffs' request for the withdrawal of the appraisal in this matter. Nationwide further agrees that the Court should vacate its August 10, 2009 Order requiring an appraisal.

3. Due to the nature of this Response, Nationwide respectfully requests that the Court waive its usual requirement of a separate memorandum of authorities under L. U. Civ. R. 7(b)(2).

WHEREFORE, PREMISES CONSIDERED, Nationwide prays that Plaintiffs' Motion to Withdraw Appraisal be granted, and that the Court vacate its Order requiring the parties to submit to an appraisal.

THIS, the 30th day of March, 2010.

      Respectfully submitted,

      NATIONWIDE PROPERTY & CASUALTY
      INSURANCE COMPANY, DEFENDANT

      By Its Attorneys
      WATKINS LUDLAM WINTER & STENNIS, P.A.

      By:   */s/ Laura L. Hill*
           LAURA L. HILL
           lhill@watkinsludlam.com

H. Mitchell Cowan (MSB No.7734)
Laura Limerick Gibbes (MSB No. 8905)
F. Hall Bailey (MSB No. 1688)
Janet D. McMurtray (MSB No. 2774)
Christopher R. Shaw (MSB No. 100393)
Laura L. Hill (MSB No. 102247)
WATKINS LUDLAM WINTER & STENNIS, P.A.
190 East Capitol Street, Suite 800 (39201)
Post Office Box 427
Jackson, MS 39205
Telephone: (601) 949-4900
Facsimile: (601) 949-4804

Of Counsel:
Daniel F. Attridge, P.C. (Bar No. 44644)
Christian D.H. Schultz (Bar. No. 44747)
Robert B. Gilmore (Bar No. 44997)
Kate S. O'Scannlain (Bar No. 45034)
Jeffrey A. Todd (Bar No. 45916)
KIRKLAND & ELLIS LLP
655 15th Street, N.W., Suite 1200
Washington, DC 20005
Tel:  (202) 879-5000
Fax: (202) 879-5200

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing using the Court's ECF system, which sent electronic notification of such filing to:

>Nathan M. Gaudet
>Matthew K. Brown
>SULLIVAN, STOLIER AND RESOR, APLC
>909 Poydras Street, Suite 2600
>New Orleans , LA 70112
>504/561-1044
>Fax: 504/561-8606
>ngaudet@ssrlawfirm.com
>mbrown@ssrlawfirm.com

This the 30th day of March, 2010.

By:   */s/ Laura L. Hill*
         LAURA L. HILL
         lhill@watkinsludlam.com